

No. 94–7845. ROSALES *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. 

No. 94–7847. HARRIS *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. 

No. 94–7849. HARRIS *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. 

No. 94–7865. BAILEY *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied. 

No. 94–7866. CARBALLO-MENENDEZ *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied. 

No. 94–7868. KREUTZER *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. 

No. 94–7876. KEEL *v.* NORTH CAROLINA. Sup. Ct. N. C. Certiorari denied. 

No. 94–7879. VIOLA *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. 

No. 93–1098. OUTBOARD MARINE CORP. *v.* WOLTERING, ADMINISTRATOR OF THE ESTATE OF GRACE, DECEASED. App. Ct. Ill., 5th Dist. Motion of National Marine Manufacturers' Association for leave to file a brief as *amicus curiae* granted. Certiorari denied. 

No. 94–981. O & G SPRING & WIRE FORMS SPECIALTY CO. *v.* EQUAL EMPLOYMENT OPPORTUNITY COMMISSION. C. A. 7th Cir. Motion of petitioner for leave to clarify or amend petition for writ of certiorari granted. Certiorari denied. 

No. 94–1188. AMERICAN PRESIDENT LINES, LTD., ET AL. *v.* GAMMA-10 PLASTICS, INC. C. A. 8th Cir. Motion of Assuranceforeningen Skuld et al. for leave to file a brief as *amici curiae* granted. Certiorari denied. 

No. 94–7552. COOPER *v.* NATIONAL RX SERVICES. C. A. 11th Cir. Certiorari denied. JUSTICE BREYER took no part in the consideration or decision of this petition.